

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-31-2003

# Newell v. Comm Social Security

Precedential or Non-Precedential: Precedential

Docket No. 03-1358

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Newell v. Comm Social Security" (2003). *2003 Decisions*. Paper 151.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/151

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

Filed October 31, 2003

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

————

No. 03-1358

————

JANICE NEWELL,

*Appellant*

v.

COMMISSIONER OF SOCIAL SECURITY

————

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civ. No. 01-2850)
District Judge: Honorable Anne E. Thompson

————

Argued: September 9, 2003

BEFORE: BARRY, BECKER, and GREENBERG,
*Circuit Judges*

(Opinion Filed: October 14, 2003)

————

It appearing that the opinion was circulated to all active judges under Third Circuit Internal Operating Procedure 5.5.4, but that the opinion filed October 14, 2003 inadvertently and incorrectly designated the opinion as not precedential, the clerk is directed to change the designation to precedential and to submit the opinion for printing. As this order does not change the substance of the opinion, the time for filing a petition for rehearing runs from the original entry date of October 14, 2003.

/s/ Morton I. Greenberg
Circuit Judge

2

Date: October 31, 2003

A True Copy:
          Teste:

*Clerk of the United States Court of Appeals
for the Third Circuit*